IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BILLY CASPER GOLF, LLC** | : | **Civil No. 1:19-CV-01420** |
| **Plaintiff,** | : | |
| v. | : | |
| **RG SERVICES, LLC** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

Before the court is Plaintiff's Partial Motion to Dismiss Defendant's Counterclaim. (Doc. 8.) For the reasons outlined in the accompanying memorandum, the motion is **GRANTED** in the following manner:

(1) Defendant's counterclaims for negligent hiring and negligent supervision are hereby **DISMISSED WITH PREJUDICE**.

(2) Defendant's counterclaim for fraudulent inducement is hereby **DISMISSED WITHOUT PREJUDICE**.

(3) Defendant is hereby granted **TWENTY-ONE DAYS LEAVE** to amend its counterclaims.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: July 22, 2020